# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JOHN LEACH, SR.,

    *Plaintiff,*

vs.                                                     Civil Action No. 1:24-cv-00087-KG-JFR

CRUX BIOMEDICAL LLC, PHILIPS
IMAGE GUIDED THERAPY
CORPORATION a/k/a PHILIPS VOLCANO
f/k/a VOLCANO CORPORATION, AND
KONINKLIJKE PHILIPS N.V.,

    *Defendants.*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court, having reviewed Plaintiff's Motion to Dismiss Without Prejudice, finds the motion should be and is hereby GRANTED.

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants are hereby dismissed without prejudice.

IT IS FURTHER ORDERED that the above-numbered and captioned cause is closed.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE